```
                              United States Bankruptcy Court
                                 Middle District of Florida
In re:                                                              Case No. 14-06210-CCJ
Kelly David Sprouse                                                 Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 113A-6         User: karla                Page 1 of 1                  Date Rcvd: Jun 16, 2014
                             Form ID: 6ogmrc            Total Noticed: 16
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2014.
db           +Kelly David Sprouse,   716 Jamestown Boulevard,   #1270,   Altamonte Springs, FL 32714-4656
24616000     +Ally Bank Financial,   200 Renaissance Circle,   Detroit, MI 48243-1300
24616001     +Bank Of America, N.A.,   PO Box 851001,   Dallas, TX 75285-1001
24616002     +Capital One - Best Buy,   PO Box 5253,   Carol Stream, IL 60197-5253
24616003     +Chase Bank, N.A.,   PO Box 15298,   Wilmington, DE 19850-5298
24616004     +Citibank, NA,   PO Box 6241,   Sioux Falls, SD 57117-6241
24616005     +Comenity Capital Bank,   4590 E Broad Street,   Columbus, OH 43213-1301
24616006     +Craig R. Goodman,   PO Box 450809,   Atlanta, GA 31145-0809
24616007     +Dillards American Express,   GE Capital,   PO Box 960012,   Orlando, FL 32896-0012
24616008     +Discover Bank,   PO Box 30416,   Salt Lake City, UT 84130-0416
24616009     +FD Financial Services,   120 N Seven Oaks Drive,   Knoxville, TN 37922-2359
24616012      Florida Department of Revenue,   Bankruptcy Unit,   Post Office Box 6668,
               Tallahassee FL 32314-6668
24615999     +Wells Fargo Bank, N.A.,   PO Box 6412,   Carol Stream, IL 60197-6412
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24616010     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2014 22:44:02     GE Capital Retail Bank,
               PO Box 960061,   Orlando, FL 32896-0061
24616013      E-mail/Text: cio.bncmail@irs.gov Jun 16 2014 22:32:19     Internal Revenue Service,
               Post Office Box 7346,   Philadelphia PA 19101-7346
24616011      E-mail/Text: dspaulding@seminoletax.org Jun 16 2014 22:32:40     Seminole County Tax Collector,
               Attn: Ray Valdes,   Post Office Box 630,   Sanford FL 32772-0630
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2014 at the address(es) listed below:
          Christine S Hansley    on behalf of Debtor Kelly David Sprouse cshlaw4u@aol.com,
           sbellegarde@hansleylaw.com
          Marie E.  Henkel    mehenkel@yahoo.com,  mhenkel@ecf.epiqsystems.com;henkel.trustee@gmail.com
          United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

**[6ogmrc]** [ORDER GRANTING MOTION TO RECONSIDER/REINSTATE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No. 6:14−bk−06210−CCJ
                                                                      Chapter 7

Kelly David Sprouse
716 Jamestown Boulevard
#1270
Altamonte Springs, FL 32714




_____Debtor\*_____/


ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER DISMISSAL

   This case came on for the debtor's Motion to Select One (the "Motion")(Doc. No. 13 ). After reviewing the pleadings and considering the position of all parties in interest, it is

   ORDERED:

   1. The Motion (Doc. No. 13 ) is granted.

   2. The case is reinstated.

   3. The Order Dismissing Case (Doc. No. 10 ) is vacated.

The debtor is directed to attend a the initially scheduled meeting of creditors on July 1, 2014, at 11:00a.m. at the George C. Young Federal Courthouse, 400 W. Washington Street, Suite 1202A, Orlando, Florida 32801.

Said creditors are hereby given through and including September 2, 2014 for filing a complaint objecting to the discharge of the debtor or for filing a complaint to except debt from discharge, pursuant to 11 U.S.C. 523(c).

BY THE COURT

Dated: June 16, 2014

*Cynthia C. Jackson*

_____
Cynthia C. Jackson
United States Bankruptcy Judge